IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JAN 1 2 2017

Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 12-103-BLG-SPW-05 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SHAWN TALKING EAGLE DANFORTH, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Early Termination of

Supervised Release (Doc. 404), pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim.

P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.

Shawn Talking Eagle Danforth supervised release is terminated as of the date of this

Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of

the making of this Order.

DATED this 12th day of January 2017.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge